1030

No. 968, Misc.  HATCHER *v.* UNITED STATES.  C. A.
D. C. Cir.  Certiorari denied.  *Robert Reed Gray* for
petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G.
Maysack* for the United States.

No. 907, Misc.  KENNEY ET AL. *v.* TRINIDAD CORP.
C. A. 5th Cir.  Certiorari denied.  *Benjamin E. Smith*
and *Arthur Mandell* for petitioners.  *Benjamin W.
Yancey* for respondent.

No. 976, Misc.  FEIST *v.* CALIFORNIA.  Sup. Ct. Cal.
Certiorari denied.

No. 1000, Misc.  McFARLAND *v.* UNITED STATES.
C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.*
*Solicitor General Marshall* for the United States.

No. 1026, Misc.  JOHNSON ET AL. *v.* LLOYD.  C. A.
D. C. Cir.  Certiorari denied.  *Thurman L. Dodson* for
petitioners.  *James F. Temple* for respondent.

No. 931, Misc.  PARKER *v.* BOARD OF EDUCATION,
PRINCE GEORGE'S COUNTY, MARYLAND.  C. A. 4th Cir.
Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion
that certiorari should be granted.  *Robert H. Reiter* for
petitioner.

No. 557.  INTERNATIONAL TERMINAL OPERATING CO.,
INC. *v.* N. V. NEDERL. AMERIK STOOMV. MAATS., *ante,*
p. 283.  Petition for rehearing denied.

No. 718, Misc.  WILLIAMSON ET AL. *v.* BLANKENSHIP,
JUDGE, ET AL., *ante,* p. 923.  Motion for leave to file
petition for rehearing denied.